IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **STRATAGENE CORPORATION,** <br> a Delaware Corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> **THIRD WAVE TECHNOLOGIES, INC.** <br> a Delaware Corporation, <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-275-SLR <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT THIRD WAVE TECHNOLOGIES, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Third Wave Technologies, Inc. ("Third Wave") certifies that Third Wave has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: September 21, 2005

*/s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Counsel for Third Wave Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2005, I electronically filed the foregoing document, **DEFENDANT THIRD WAVE TECHNOLOGIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 21st day of September, 2005, the foregoing document was served via email and federal express on the following non-registered participants:

Marc R. Labgold
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000
(703) 744-8001 (fax)

Dated: September 21, 2005

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com