### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>THIRD WAVE TECHNOLOGIES, INC.,<br>aDelaware Corporation,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)   C. A. No. 05-275 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF/COUNTERCLAIM DEFENDANT STRATAGENE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff/Counterclaim Defendant Stratagene Corporation ("Stratagene") certifies that Stratagene has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

OF COUNSEL:

Marc R. Labgold, Ph.D.
Kevin M. Bell
Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia  22102
Telephone:  (703) 744-8000

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street NW
Washington, DC  20037
Telephone:  (202) 457-6000

Dated:  October 11, 2005

702913

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    1313 N. Market Street, 6th Floor
    Wilmington, Delaware 19801
    Telephone:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Stratagene Corporation*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 11, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

I hereby certify that on October 11, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

                                                */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

702917