# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 21, 2005

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Strategene Corporation v. Third Wave Technologies, Inc.*
               C.A. No. 05-275 (SLR)

Dear Chief Judge Robinson:

      Enclosed is the parties' proposed Scheduling Order for the above-referenced matter.

                          Respectfully,

                          David E. Moore

DEM:nmt/708252
Enclosure
cc: Clerk of Court
     All counsel of record