

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 28, 2005

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *Strategene Corporation v. Third Wave Technologies, Inc.*
     C.A. No. 05-275 (SLR)

Dear Chief Judge Robinson:

  Enclosed is the final Scheduling Order for the above-referenced matter. The enclosed Order includes the changes discussed during the parties' November 22, 2005 conference call with Your Honor.

               Respectfully,

               David E. Moore

DEM:nmt/708817
Enclosure
cc: Clerk of Court
   All counsel of record