**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THIRD WAVE TECHNOLOGIES, INC.,<br>aDelaware Corporation,<br><br>   Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)       C. A. No. 05-275 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned, counsel for plaintiff, hereby certifies that copies of the Initial Disclosure Under Rule 26(a)(1) was caused to be served on December 30, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

**VIA ELECTRONIC MAIL**

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert H. Stier, Jr.<br>Margaret Minister O'Keefe<br>PIERCE ATWOOD, LLP<br>One Monument Square<br>Portland, ME 04101<br>(207) 791-1100 telephone<br>(207) 791-1350 fax<br>rstier@pierceatwood.com<br>mokeefe@pierceatwood.com | By: */s/ David E. Moore*<br>    Richard L. Horwitz<br>    David E. Moore<br>    1313 N. Market Street, 6th Floor<br>    Wilmington, Delaware 19801<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Stratagene Corporation* |

Dated: December 30, 2005
713192

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 30, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

I hereby certify that on December 30, 2005, I have electronically mailed the documents to the following non-registered participants:

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

673521