IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation,<br><br>        *Plaintiff,*<br><br>v.<br><br>THIRD WAVE TECHNOLOGIES, INC.<br>a Delaware Corporation,<br><br>        *Defendant.* | Civil Action No. 05-275-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 3rd day of January, 2006, copies of the following document, **THIRD WAVE TECHNOLOGIES, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**, were served on counsel indicated via email:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON &
CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com

Robert H. Stier, Jr.
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
strat_de@pierceatwood.com

Dated: January 3, 2006

      */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Counsel for Third Wave Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 3rd day of January, 2006, the foregoing document was served via email on the following non-registered participants:

Robert H. Stier, Jr.
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
strat_de@pierceatwood.com

Dated: January 3, 2006
　　　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS &
　　　　　　　　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1750
　　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com