IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation, | )<br>)<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>) |
| v. | ) C. A. No. 05-275 (SLR)<br>)<br>) |
| THIRD WAVE TECHNOLOGIES, INC.,<br>A Delaware Corporation, | )<br>)<br>) |
| Defendant/Counterclaim Plaintiff. | )<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Robert H. Stier, Jr. and Margaret Minister O'Keefe of Pierce Atwood LLP, One Monument Square, Portland, ME 04101 to represent plaintiff/Counterclaim Defendant Stratagene Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: January 6, 2006
710299

*Attorneys for Plaintiff/Counterclaim Defendant
Stratagene Corporation*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of Maine, Massachusetts and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion


Date: January 6, 2006      Signed:     /s/ Robert H. Stier, Jr.
                                       Robert H. Stier, Jr.,
                                       Pierce Atwood LLP
                                       One Monument Square
                                       Portland, ME 04101
                                       Telephone: (207) 791-1100

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of Maine and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 6, 2006       Signed:       */s/ Margaret Minister O'Keefe*
Margaret Minister O'Keefe
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
Telephone: (207) 791-1100

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 6, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

I hereby certify that on January 6, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                               */s/ David E. Moore*
                                               Richard L. Horwitz
                                               David E. Moore
                                               Potter Anderson & Corroon LLP
                                               Hercules Plaza – Sixth Floor
                                               1313 North Market Street
                                               Wilmington, DE 19801
                                               (302) 984-6000
                                               rhorwitz@potteranderson.com
                                               dmoore@potteranderson.com

713809