# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-275-SLR |
| | : |
| THIRD WAVE TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **6th** day of **January, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, March 21, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Defense counsel shall initiate the teleconference call.** The Court is holding Thursday, August 10, 2006 at 10:00 a.m. as the tentative mediation date. Counsel are to contact the Magistrate Judge as soon as possible should the matter settle at private mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE