IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, a Delaware Corporation, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) ) |
| THIRD WAVE TECHNOLOGIES, INC., aDelaware Corporation, | ) ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) |

C. A. No. 05-275 (SLR)

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff, hereby certifies that copies of (1) Plaintiff Stratagene Corporation's Objections and Responses to Defendant Third Wave's First Set of Interrogatories (Nos. 1-12); and (2) Plaintiff Stratagene Corporation's Objections and Responses to Defendant Third Wave's First Set of Requests for Production of Documents and Things (Nos. 1-67) were caused to be served on January 6, 2006 upon the following attorneys of record at the following addresses as indicated:

**VIA ELECTRONIC MAIL**

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

**VIA ELECTRONIC MAIL**

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ David E. Moore* |
| Robert H. Stier, Jr. | Richard L. Horwitz |
| Margaret Minister O'Keefe | David E. Moore |
| PIERCE ATWOOD, LLP | 1313 N. Market Street, 6th Floor |
| One Monument Square | Wilmington, Delaware 19801 |
| Portland, ME 04101 | Telephone: (302) 984-6000 |
| (207) 791-1100 telephone | rhorwitz@potteranderson.com |
| (207) 791-1350 fax | dmoore@potteranderson.com |
| rstier@pierceatwood.com |  |
| mokeefe@pierceatwood.com | *Attorneys for Stratagene Corporation* |

Dated: January 13, 2006
714932

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 13, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

I hereby certify that on January 13, 2006, I have electronically mailed the documents to the following non-registered participants:

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
mpals@kirkland.com
tpasternak@kirkland.com
cahn@kirkland.com
eottoson@kirkland.com
www.kirkland.com

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

673521