IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, <br> a Delaware Corporation, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> THIRD WAVE TECHNOLOGIES, INC., <br> aDelaware Corporation, <br><br> Defendant/Counterclaim Plaintiff. | C. A. No. 05-275 (SLR) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff, hereby certifies that copies of Stratagene's First Set of Interrogatories to TWT; and Stratagene's First Set of Requests for Production of Documents and Things to TWT were caused to be served on February 9, 2006 upon the following attorneys of record at the following addresses as indicated:

### VIA ELECTRONIC MAIL

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

Mark A. Pals, P.C.
Cindy S. Ahn
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

OF COUNSEL:

Robert H. Stier, Jr.
Margaret Minister O'Keefe
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME 04101
(207) 791-1100 telephone
(207) 791-1350 fax
rstier@pierceatwood.com
mokeefe@pierceatwood.com

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 9, 2006
719124

*Attorneys for Stratagene Corporation*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 9, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

I hereby certify that on February 9, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
mpals@kirkland.com
tpasternak@kirkland.com
cahn@kirkland.com
eottoson@kirkland.com
www.kirkland.com

                                                         */s/ David E. Moore*
                                                         Richard L. Horwitz
                                                         David E. Moore
                                                          Potter Anderson & Corroon LLP
                                                          Hercules Plaza – Sixth Floor
                                                         1313 North Market Street
                                                          Wilmington, DE  19801
                                                          (302) 984-6000
                                                          rhorwitz@potteranderson.com
                                                          dmoore@potteranderson.com

702917