IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, <br> a Delaware Corporation, <br><br>    Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> THIRD WAVE TECHNOLOGIES, INC., <br> a Delaware Corporation, <br><br>    Defendant/Counterclaim Plaintiff. | C. A. No. 05-275 (SLR) |

## STIPULATED MOTION TO STAY LITIGATION

WHEREAS, the parties in the above-referenced action are actively engaged in ongoing, good faith settlement discussions;

WHEREAS, the Court has previously granted the parties a 60 day hiatus of discovery (D.I.#23);

WHEREAS, the parties believe a stay of the litigation for **30** days would be beneficial to their settlement efforts;

WHEREAS, the parties would like to propose a new case schedule for the Court's consideration at the end of the **30** day stay period;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, as follows:

1. This litigation is stayed for **30** days, through and including **June 30, 2006**; and

2. The parties shall submit a new, proposed scheduling order for this litigation by **July 10, 2006**.

2

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    1313 N. Market Street, 6th Floor<br>    Wilmington, Delaware 19801<br>    Telephone:  (302) 984-6000<br>    Facsimile:   (302) 984-1192<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff Stratagene Corporation* | By: */s/ Richard K. Herrmann*<br>    Richard K. Herrmann (#405)<br>    222 Delaware Avenue, 10th Floor<br>    P.O. Box 2306<br>    Wilmington, DE  19899-2306<br>    Telelphone:  (302) 888-6800<br>    Facsimile:    (302) 571-1750<br>    rherrmann@morrisjames.com<br><br>*Attorneys for Defendant Third Wave Technologies, Inc.* |

So ordered this _____ day of _____, 2006.

_____
United State District Judge

734724