## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-275-SLR |
| THIRD WAVE TECHNOLOGIES, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **13th** day of **June, 2006**.

IT IS ORDERED that the teleconference scheduled for Thursday, June 15, 2006 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case has been canceled. Counsel are to keep the Magistrate Judge advised as to the status of negotiations and the need for the mediation tentatively scheduled for Thursday, August 10, 2006 at 10:00 a.m.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE