**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **STRATAGENE CORPORATION,** <br> a Delaware Corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> **THIRD WAVE TECHNOLOGIES, INC.** <br> a Delaware Corporation, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-275-SLR |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that J. Donald Best and John C. Scheller and the law firm of Michael Best & Friedrich LLP appear as co-counsel for Defendant Third Wave Technologies, Inc. in the above-entitled action and hereby request that copies of all further notices and proceedings herein be served upon them at the address shown below:

    MICHAEL BEST & FRIEDRICH LLP
    One South Pinckney Street
    Post Office Box 1806
    Madison, Wisconsin 53701-1806
    (608) 257-3501

Dated: July 17, 2006

    */s/ Richard K. Herrmann*
    Richard K. Herrmann #405
    MORRIS, JAMES, HITCHENS &
      WILLIAMS LLP
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801
    Telephone: (302) 888-6800
    rherrmann@morrisjames.com

    Attorneys for Defendant
    THIRD WAVE TECHNOLOGIES, INC.

J. Donald Best
John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Post Office Box 1806
Madison, Wisconsin  53701-1806
(608) 257-3501

Mark A. Pals, P.C.
Erick S. Ottoson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2006, I electronically filed the foregoing document, **NOTICE OF APPEARANCE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 17th day of July, 2006, the foregoing document was served as indicated:

| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz | Marc R. Labgold |
| POTTER ANDERSON & CORROON LLP | PATTON BOGGS LLP |
| Hercules Plaza, 6th Floor | 8484 Westpark Drive |
| 1313 North Market Street | McLean, Virginia 22102 |
| Wilmington, DE 19801 | (703) 744-8000 |
| (302) 984-6000 | (703) 744-8001 (fax) |

Dated: July 17, 2006
  /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

Attorneys for Defendant
THIRD WAVE TECHNOLOGIES, INC.