IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation, | ) ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 05-275-SLR |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| THIRD WAVE TECHNOLOGIES, INC.<br>a Delaware Corporation, | ) ) ) ) | |
| *Defendant.* | ) ) | |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Mark A. Pals, Esq. and Erick S. Ottoson, Esq. of the law firm of Kirkland & Ellis; J. Donald Best, Esq., John C. Scheller, Esq., Shane A. Brunner, Esq., and Edward J. Pardon, Esq. of the law firm of Michael Best & Friedrich LLP to represent Defendant Third Wave Technologies, Inc. in this matter.

Dated: July 28, 2006

       */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____

_____
Chief Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 28th day of July, 2006, the foregoing document was served as indicated:

| | |
|---|---|
| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL** |
| Richard L. Horwitz | Robert H. Stier, Jr. |
| POTTER ANDERSON & CORROON LLP | PIERCE ATWOOD, LLP |
| Hercules Plaza, 6th Floor | One Monument Square |
| 1313 North Market Street | Portland, ME 04101 |
| Wilmington, DE 19801 | (207) 791-1100 |
| (302) 984-6000 | strat de@pierceatwood.com |

Dated: July 28, 2006

/s/ *Mary B. Matterer*
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
mmatterer@morrisjames.com

Attorneys for Defendant
THIRD WAVE TECHNOLOGIES, INC.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Date: June 13, 2006

Signed: _Mark A Pals_
Mark A. Pals, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Minnesota and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 7, 2006                Signed: *Erick S. Ottoson*
                                  Erick S. Ottoson, Esq.
                                  Kirkland & Ellis
                                  200 East Randolph Drive
                                  Chicago, IL 60601
                                  (312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 27th, 2006

Signed: _____
J. Donald Best, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street
P. O. Box 1806
Madison, WI 53701-1806
Ph: (608) 257-3501

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  July 24, 2006

Signed: _____
John C. Scheller, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street
Box 1806
Madison WI 53701-1806
(608) 257-3501

Q:\CLIENT\090371\0001\B0849637.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 24, 2006

Signed: Shane A. Brunner, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street
Box 1806
Madison WI 53701-1806
(608) 257-3501

Q:\FIRM\000000\0856\B0849778.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 24, 2006         Signed: _____
                                    Edward J. Pardon, Esq.
                                    Michael Best & Friedrich LLP
                                    One South Pinckney Street
                                    Box 1806
                                    Madison WI 53701-1806
                                    (608) 257-3501

**Motions**
1:05-cv-00275-SLR Stratagene Corporation v. Third Wave Technologies Inc.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Matterer, Mary entered on 7/28/2006 at 6:20 PM EDT and filed on 7/28/2006
**Case Name:**     Stratagene Corporation v. Third Wave Technologies Inc.
**Case Number:**   1:05-cv-275
**Filer:**         Third Wave Technologies Inc.
**Document Number:** 30

**Docket Text:**
MOTION for Pro Hac Vice Appearance of Attorney Mark A. Pals and Erick S. Ottoson of Kirkland and Ellis; J. Donald Best, John C. Scheller, Shane A. Brunner and Edward J. Pardon of Michael Best & Friedrich LLP - filed by Third Wave Technologies Inc.. (Matterer, Mary)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/28/2006] [FileNumber=251423-0]
[ccc6e9edbcc788fb396ef097efcb14206f07bd006b01da45a524e5c54a38bb5a592f
c76a9e229acce1ab12cb963a121ab654b2ac61c8003e7773b21739dc48bb]]

**1:05-cv-275 Notice will be electronically mailed to:**

Richard K. Herrmann     rherrmann@morrisjames.com,

Richard L. Horwitz     rhorwitz@potteranderson.com, mbaker@potteranderson.com; nmcmenamin@potteranderson.com; achin@potteranderson.com; iplitigation@potteranderson.com

David Ellis Moore     dmoore@potteranderson.com, ntarantino@potteranderson.com

Margaret Minister O'Keefe     mokeefe@pierceatwood.com

Robert H. Stier     rstier@pierceatwood.com

**1:05-cv-275 Notice will be delivered by other means to:**