## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-275-SLR |
| THIRD WAVE TECHNOLOGIES, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **4th** day of **August, 2006**.

IT IS ORDERED that the mediation tentatively scheduled for Thursday, August 10, 2006 at 10:00 a.m. is canceled. Counsel shall advise the Magistrate Judge if the parties desire court-assisted ADR in the future.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE