# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRATAGENE CORPORATION,** a Delaware Corporation, | ) ) ) ) |
| *Plaintiff,* | ) ) Civil Action No. 05-275-SLR |
| v. | ) ) ) |
| **THIRD WAVE TECHNOLOGIES, INC.** a Delaware Corporation, | ) ) ) ) |
| *Defendant.* | ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 7th day of August, 2006, copies of the following documents were served on the following counsel via Federal Express and email:

1) **Third Wave Technologies, Inc.'s Amended Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1);**

2) **Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-18); and**

3) **Defendant's Response to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-44).**

| | |
|---|---|
| Richard L. Horwitz, Esq. | Robert H. Stier, Jr., Esq. |
| POTTER ANDERSON & CORROON LLP | PIERCE ATWOOD, LLP |
| Hercules Plaza, 6th Floor | One Monument Square |
| 1313 North Market Street | Portland, ME 04101 |
| Wilmington, DE 19801 | (207) 791-1100 |
| (302) 984-6000 | strat_de@pierceatwood.com |
| dmoore@potteranderson.com | |

Dated: August 7, 2006

/s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

J. Donald Best
John C. Scheller
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53701-1806
Telephone: 608) 257-3501
Facsimile: (608) 283-2275

*Counsel for Third Wave Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 7th day of August, 2006, the foregoing document was served via email on the following non-registered participants:

Robert H. Stier, Jr.
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
strat_de@pierceatwood.com

Dated:  August 7, 2006

/s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com