IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION, a Delaware Corporation, *Plaintiff*, v. THIRD WAVE TECHNOLOGIES, INC. a Delaware Corporation, *Defendant*. | Civil Action No. 05-275-SLR<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Angela J. Kujak of the law firm of Michael Best & Friedrich LLP to represent Defendant Third Wave Technologies, Inc. in this matter.

Dated: August 22, 2006

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____

_____
Chief Judge Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 22, 2006            Signed: _____
                                  Angela J. Kujak, Esq.
                                  Michael Best & Friedrich LLP
                                  One South Pinckney Street
                                  Box 1806
                                  Madison, WI 53701-1806
                                  (608) 257-3501

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 22nd day of August, 2006, the foregoing document was served as indicated:

**VIA EMAIL & HAND DELIVERY**
Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

**VIA EMAIL**
Robert H. Stier, Jr.
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
strat de@pierceatwood.com

Dated: August 22, 2006

/s/ *Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
mmatterer@morrisjames.com

Attorneys for Defendant
THIRD WAVE TECHNOLOGIES, INC.