IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>THIRD WAVE TECHNOLOGIES, INC.<br>a Delaware Corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-275-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the November 29, 2005 Scheduling Order is amended as follows:

2(d): If willfulness has been asserted and absent agreement among the parties, defendant must inform plaintiff as to whether it intends to rely on advice of counsel by **November 2, 2006**. If the decision is to rely on such advice, the scope of discovery shall include the materials provided by defendant to its counsel and whatever other materials related to the issues in dispute that defendant had in its possession at the time the advice was sought.

2(f)(1): The court shall conduct in-person discovery status conferences on October 24, 2006 at 2:30p the time to be allocated equally among the parties.

All other deadlines as set forth in the Court's November 29, 2005 Scheduling Order shall remain in full force and effect.

- 2 -

Dated: October 10, 2006

| /s/ David E. Moore | /s/ Richard K. Herrmann |
|---|---|
| Richard L. Horwitz (I.D. No. 2246) | Richard K. Herrmann (I.D. No. 405) |
| David E. Moore (I.D. No. 3983) | MORRIS JAMES HITCHENS |
| POTTER ANDERSON & CORROON | & WILLIAMS LLP |
| Hercules Plaza | 222 Delaware Avenue, 10th Floor |
| 1313 Market Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899-0951 | 302.888.6800 |
| 302.984.6000 | rherrmann@morrisjames.com |
| rhorwitz@potteranderson.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Third Wave Technologies, Inc.* |
| *Stratagene Corporation* | |

SO ORDERED this 12th day of October, 2006.

_____
Judge Sue L. Robinson

RKH/109773-0001/1363879/1