## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STRATAGENE CORPORATION,           )
a Delaware Corporation,           )
                                  )
    Plaintiff/Counterclaim Defendant,    )
                                  )      C. A. No. 05-275 (SLR)
             v.                  )
                                  )
THIRD WAVE TECHNOLOGIES, INC.,    )
A Delaware Corporation,           )
                                  )
    Defendant/Counterclaim Plaintiff.    )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of Michael J. Sullivan of Pierce Atwood LLP, One Monument

Square, Portland, ME 04101 to represent Plaintiff/Counterclaim Defendant Stratagene

Corporation in this matter.

OF COUNSEL:

Robert H. Stier, Jr.
Margaret Minister O'Keefe
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME  04101
(207) 791-1100 telephone
(207) 791-1350 fax
rstier@pierceatwood.com
mokeefe@pierceatwood.com

Dated:  November 1, 2006
758978

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Plaintiff/Counterclaim Defendant*
*Stratagene Corporation*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is

granted.

Date: _____      _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 1, 2006          Signed: */s/ Michael J. Sullivan*
                                        Michael J. Sullivan
                                        Pierce Atwood LLP
                                        One Monument Square
                                        Portland, ME 04101
                                        Tel: (207) 791-1100

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 1, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

I hereby certify that on November 1, 2006, I have Electronically Mailed

the foregoing document(s) to the following non-registered participants:

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
Erick S. Ottoson
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
tpasternak@kirkland.com
cahn@kirkland.com
eottoson@kirkland.com
www.kirkland.com

J. Donald Best
John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street
Post Office Box 1806
Madison, WI 53701-1806
jdbest@michaelbest.com
jcscheller@michaelbest.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

702917