# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATAGENE CORPORATION,<br>a Delaware Corporation,<br><br>        *Plaintiff,*<br><br>        v.<br><br>THIRD WAVE TECHNOLOGIES, INC.<br>a Delaware Corporation,<br><br>        *Defendant.* | )<br>)<br>)<br>)<br>) Civil Action No. 05-275-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Scheduling Order, last amended October 12, 2006, is further amended as follows:

    2(f)(1):    The court shall conduct an in-person discovery status conference on January 10, 2007 at 10:00, the time to be allocated equally among the parties; and

    2(b):    All fact discovery shall be commenced in time to be completed by April 6, 2007.

All other deadlines as set forth in the Court's July 19, 2006 Second Stipulated Amendment to Scheduling Order shall remain in full force and effect.

Dated: December 19, 2006

- 2 -

| /s/ David E. Moore | /s/ Richard K. Herrmann |
|---|---|
| Richard L. Horwitz (I.D. No. 2246) | Richard K. Herrmann (I.D. No. 405) |
| David E. Moore (I.D. No. 3983) | MORRIS JAMES HITCHENS |
| POTTER ANDERSON & CORROON | & WILLIAMS LLP |
| Hercules Plaza | 222 Delaware Avenue, 10th Floor |
| 1313 Market Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899-0951 | 302.888.6800 |
| 302.984.6000 | rherrmann@morrisjames.com |
| rhorwitz@potteranderson.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Third Wave Technologies, Inc.* |
| *Stratagene Corporation* | |

**SO ORDERED** this _____ day of _____, 2006.

_____
Judge Sue L. Robinson

Dated: December 19, 2006

| /s/ David E. Moore | /s/ Richard K. Herrmann |
|---|---|
| Richard L. Horwitz (I.D. No. 2246) | Richard K. Herrmann (I.D. No. 405) |
| David E. Moore (I.D. No. 3983) | MORRIS JAMES HITCHENS |
| POTTER ANDERSON & CORROON | & WILLIAMS LLP |
| Hercules Plaza | 222 Delaware Avenue, 10th Floor |
| 1313 Market Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899-0951 | 302.888.6800 |
| 302.984.6000 | rherrmann@morrisjames.com |
| rhorwitz@potteranderson.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Third Wave Technologies, Inc.* |
| *Stratagene Corporation* | |

**SO ORDERED** this _____ day of _____, 2006.

_____
Judge Sue L. Robinson