IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRATAGENE CORPORATION,**<br>a Delaware Corporation,<br><br>    *Plaintiff,*<br><br>    v.<br><br>**THIRD WAVE TECHNOLOGIES, INC.**<br>a Delaware Corporation,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No. 05-275-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 12th day of January, 2007, copies of **Third Wave's Second Set of Interrogatories (No. 13)** were served on the following counsel in the manner indicated:

**By Email and Hand Delivery**

Richard L. Horwitz, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com

**By Email and Federal Express**

Robert H. Stier, Jr., Esq.
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
strat_de@pierceatwood.com

Dated:  January 12, 2007

    */s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Thomas G. Pasternak
Cindy S. Ahn
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

J. Donald Best
John C. Scheller
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI  53701-1806
Telephone:  608) 257-3501
Facsimile:  (608) 283-2275

***Counsel for Third Wave Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2007, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Additionally, I hereby certify that on the 12th day of January, 2007, the foregoing document was served via email and Federal Express on the following non-registered participant:

Robert H. Stier, Jr.
PIERCE ATWOOD, LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
strat_de@pierceatwood.com


Dated:  January 12, 2007              /s/ Mary B. Matterer
                                      Mary B. Matterer #2696
                                      MORRIS, JAMES LLP
                                      500 Delaware Avenue, 15th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 888-6800
                                      Facsimile: (302) 571-1750
                                      mmatterer@morrisjames.com